FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 14, 2026

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MARIO SANCHEZ, individually, and on behalf of other members of the general public similarly situated,<br>Plaintiff,<br>v.<br>WASHINGTON BEEF, LLC; AB FOODS, LLC; and AGRI BEEF CO.<br>Defendants. | No. 1:26-CV-03145-SAB<br><br>**ORDER GRANTING MOTION TO STAY CASE** |

Before the Court is the parties' Stipulated Motion to Stay Case, ECF No. 11. Plaintiff is represented by Benjamin J. Stone and Joanna Ghosh. Defendants are represented by Marissa Alguiere, Sean M. Worley, Shelby L. Stevens, and Justo G. Gonzalez. The Motion was considered without oral argument.

In the Stipulated Motion, the parties request the Court stay proceedings in the above-captioned matter pending the resolution of a different case involving some of the parties (Case No. 2:26-CV-00215-TOR).

The Court finds good cause to grant the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Motion to Stay Case, ECF No. 11, is **GRANTED**.

2. The above-captioned case is **stayed** pending resolution of Case No. 2:26-CV-00215-TOR. The parties shall file a joint status report once the related case is resolved or by **December 11, 2025**, whichever occurs first, indicating how they would like to proceed.

3. Defendants' Motion to Dismiss, ECF No. 6, is **STRICKEN** with leave to refile after the stay is lifted.

**IT IS SO ORDERED.** The Clerk of Court is hereby directed to file this Order and provide copies to counsel.

**DATED** this 14th day of September 2026.

Stan Bastian
Chief United States District Judge